**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>MF GLOBAL HOLDINGS LTD., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 11-15059 (MG)<br><br>(Jointly Administered) |
| LOUIS J. FREEH, AS CHAPTER 11 TRUSTEE OF MF GLOBAL HOLDINGS LTD., *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>JON S. CORZINE, BRADLEY I. ABELOW, AND HENRI J. STEENKAMP,<br><br>Defendants. | Adv. Pro. No. 13-01333 |

## SCHEDULING STIPULATION

THIS SCHEDULING STIPULATION by and between Louis J. Freeh, as Chapter 11 Trustee of MF Global Holdings Ltd., et al. (the "**Trustee**"), and Jon S. Corzine, Bradley I. Abelow and Henri J. Steenkamp (collectively, the "**Defendants**", and each of the Defendants and the Trustee, a "**Party**" and, together, the "**Parties**") relates to the *Complaint Against Jon S. Corzine, Bradley I. Abelow, Henri J. Steenkamp* in the above-captioned adversary proceeding (the "**Complaint**"). The Parties represent and agree as follows:

1. The May 23, 2013 deadline for the Defendants to answer the Complaint or otherwise move with respect to the Complaint is hereby extended until July 12, 2013 at 4:00 p.m. (Eastern Standard Time) (the "**Response Date**").

2. The status hearing scheduled for June 13, 2013 is adjourned to a date to be scheduled by the Court subsequent to the Response Date.

IN WITNESS WHEREOF, each of the Parties authorizes its undersigned counsel to execute this Scheduling Stipulation, and any amendments thereto, on its behalf this 23rd day of May 2013.

| MORRISON & FOERSTER LLP<br><br>By:<br><br>/s/ Brett H. Miller<br>　　　Brett H. Miller<br><br>1290 Avenue of the Americas<br>New York, New York 10104<br>Tel: (212)468-8000<br>Fax: (212) 468-7900<br><br>*Counsel to Louis J. Freeh, Chapter 11 Trustee* | KRAMER LEVIN NAFTALIS & FRANKEL LLP<br><br>By:<br><br>/s/ Arthur H. Aufses<br>　　　Arthur H. Aufses III<br><br>1177 Avenue of the Americas<br>New York, New York 10036<br>Tel: (212) 715-9100<br>Fax: (212) 715-8000<br><br>*Attorneys for Defendant Bradley I. Abelow* |
|---|---|
| DECHERT LLP<br><br>By:<br><br>/s/ Benjamin E. Rosenberg<br>　　　Benjamin E. Rosenberg<br><br>1095 Avenue of the Americas<br>New York, New York 10036<br>Tel: (212) 698-3500<br>Fax: (212) 698-3599<br><br>*Attorneys for Defendant Jon S. Corzine* | BINDER & SCHWARTZ LLP<br><br>By:<br><br>/s/ Neil S. Binder<br>　　　Neil S. Binder<br><br>28 W. 44th Street<br>New York, New York 10036<br>Tel: (347) 334-5081<br>Fax: (917) 946-5245<br><br>*Attorneys for Defendant Henri J. Steenkamp* |

SO ORDERED:

Dated: May 23, 2013　　　　　　　　　　　　　　　　　　　**/s/Martin Glenn**
　　　　New York, New York　　　　　　　　　　　　　　MARTIN GLENN
　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge