USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/14/14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
JOSEPH DEANGELIS, et al., :
: 11 Civ. 7866
                Plaintiffs, :
: **ORDER**
  - against - :
:
JON S. CORZINE, et al., :
:
                Defendants. :
------------------------------------X

**VICTOR MARRERO, United States District Judge.**

By amended complaint dated September 16, 2013 (the "Amended Complaint"), and filed in the United States Bankruptcy Court for the Southern District of New York, Nader Tavakoli, as Litigation Trustee of the MF Global Litigation Trust, brought claims against defendants Jon S. Corzine, Bradley I. Abelow, and Henri J. Steenkamp (collectively, "Defendants"). (See Dkt. No. 22 in Freeh et al. v. Corzine et al., Adv. Pro. No. 13-01333 (Bankr. S.D.N.Y.).) Defendants moved to dismiss the Amended Complaint.

Under 28 U.S.C. § 157(d), "[t]he district court may withdraw, in whole or in part, any case or proceeding referred under this section, on its own motion or on timely motion of any party, for cause shown." The Court has reviewed the filings in this matter and determined that there is cause to withdraw the reference to the bankruptcy court. Therefore, it

is hereby

**ORDERED** that the reference to the bankruptcy court with respect to the Amended Complaint is withdrawn, and it is further

**ORDERED** that all filings in connection with this matter be transferred to this Court; and it is finally

**ORDERED** that the Clerk of Court is directed to consolidate this matter with the related case pending under docket number 11 Civ. 7866.

**SO ORDERED.**

Dated:   NEW YORK, NEW YORK
         14 January 2014

_____
VICTOR MARRERO
U.S.D.J.